No. 98–7914. HILL *v.* COWART. C. A. 10th Cir. Certiorari denied.

No. 98–7942. HARVEY *v.* DEPARTMENT OF JUSTICE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–7977. TOBIE *v.* DEPARTMENT OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 98–7986. SUMMERS *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari denied.

No. 98–7993. FALES *v.* LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 98–8008. RODRIGUEZ *v.* FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 98–8011. RICHARDSON *v.* MURPHY. C. A. 4th Cir. Certiorari denied.

No. 98–8018. ST. JOHN *v.* BOZARTH ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–8087. MANGRUM *v.* COBB ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8106. FULTON *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 98–8115. HOCHHAUSER *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–8163. BAKER *v.* DEPARTMENT OF THE ARMY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–8190. MOORE *v.* GROOSE, ASSISTANT DIRECTOR, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.

No. 98–8191. MEDINA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.